Opinion issued July 1, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00269-CV

———————————

DIVERSIFIED
INVESTMENTS, INC. AND GERALD PORTER, Appellants

V.

MUNIR A. MUNAWAR, Appellee



 



 

On Appeal from the 412th District Court

Brazoria County, Texas



Trial Court Case No. 40368

 



 

MEMORANDUM OPINION

          Appellants, Diversified Investments, Inc. and Gerald
Porter, have neither established indigence, nor paid all the required
fees.  See Tex. R. App. P. 5 (requiring payment of fees in civil cases
unless indigent), 20.1 (listing requirements for establishing indigence); see
also Tex. Gov’t Code Ann. §§
51.207, (Vernon 2005), 51.208 (Vernon Supp. 2009) 51.941(a) (Vernon 2005),
101.041 (Vernon Supp. 2009) (listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees
in court of appeals).  After being
notified that this appeal was subject to dismissal, appellants did not
adequately respond.  See Tex. R. App. P. 5 (allowing enforcement
of rule); 42.3(c) (allowing involuntary dismissal of case).

          We
dismiss the appeal for nonpayment of
all required fees and deny all pending motions as moot.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Massengale.